Peter Afrasiabi Esq. (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
Each Tower, Suite 500
Newport Beach, CA 92660
Phone:      (949) 502-2870
Facsimile:  (949) 258-5081
www.onellp.com

Joanna Ardalan, Esq. (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
9301 Wilshire Boulevard
Penthouse
Beverly Hills, CA 90210
Phone:  (310) 437-8665

*Attorneys for Plaintiff, AKM-GSI Media, Inc.*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKM-GSI MEDIA, Inc., a California corporation,<br><br>    Plaintiff,<br>v.<br>STARSIGHTINGS, Inc., a Washington corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 2:16-CV-03672-SVW-PLA<br><br>**JOINT STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served:  June 3, 2016<br>Current Response Date:  June 24, 2016<br>New Response Date:  July 25, 2016 |

---

**JOINT STIPULATIOIN TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**

1  WHEREAS, Plaintiff, AKM-GSI, Media, Inc. ("Plaintiff") served Defendant
2  StarSightings, Inc. ("StarSightings") with is Complaint on June 3, 2016;
3  WHEREAS, Starsightings' response to the Complaint is due by June 24, 2016; and
4  WHEREAS, Starsightings has requested and Plaintiff has agreed to stipulate,
5  pursuant to Rule 8-3 of Local Rules for the District Court for the Central District of
6  California, to an extension of 30 days beyond (due date), for Starsightings to respond to the
7  Complaint,
8  WHEREAS, Starsightings is not yet represented by counsel.
9  NOW THEREFORE, Starsightings shall have a 30-day extension to respond to the
10 Complaint in this action, making Starsightings' response to the Complaint due on or before
11 July 25, 2016.

13 Dated:  June 24, 2016                    **ONE LLP**

                                            By:  /s/ Joanna Ardalan
                                                 Joanna Ardalan
                                                 Attorneys for Plaintiff,
                                                 AKM-GSI Media, Inc.

**JOINT STIPULATIOIN TO EXTEND DEFENDANT'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS**