UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-03672-SVW-PLA | Date | September 19, 2016 |
|---|---|---|---|
| Title | *AKM-GSI Media, Inc. v. Starsightings, Inc.* | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**   IN CHAMBERS ORDER GRANTING MOTION FOR MORE DEFINITE STATEMENT [14]

Having read and considered the papers presented by the parties, the Court finds this matter suitable for determination without oral argument. *See* Fed. R. Civ. P. 78; Local Rule 7-15. Accordingly, the hearing scheduled for September 26, 2016 at 1:30 p.m. is VACATED and OFF CALENDAR.

The complaint identifies 31 potential photographs at issue in the case and reserves the right to add more. The Defendants have a right to know for which of these photographs they allegedly directly infringed, for which of these they allegedly vicariously infringed, and for which they allegedly contributorily infringed. For these reasons the motion is GRANTED.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:16-cv-03672-SVW-PLA | Date | September 19, 2016 |
|---|---|---|---|
| Title | *AKM-GSI Media, Inc. v. Starsightings, Inc.* | | |

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |